UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MONICA MARIE YARDE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-05746-KLS<br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the decision of the Commissioner of Social Security in regard to Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act is REVERSED and REMANDED to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will reconsider the issue of disability under the sequential evaluation process and issue a new written decision.  The ALJ will state the weight he gives the opinion of Janis L. Lewis, Ph.D., and the reasons for the weight.  The ALJ will reassess Plaintiff's residual functional capacity and reconsider her ability to perform other work.  If warranted, the ALJ will obtain supplemental evidence from a vocational expert.  The

Page 1       ORDER OF REMAND - [3:10-cv-05746-KLS]

ALJ and Plaintiff may also raise and pursue additional issues, including any discussed in Plaintiff's brief.  Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 16th day of March, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Gerald J. Hill
GERALD J. HILL
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
Telephone:  (206) 615-2139
Fax:  (206) 615-2531
gerald.j.hill@ssa.gov

Page 2       ORDER OF REMAND - [3:10-cv-05746-KLS]