UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MONICA MARIE YARDE, | Civil No. 3:10-cv-05746-KLS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order dated 3/16/2011.

DATED this 16th day of March, 2011.

Karen L. Strombom
United States Magistrate Judge

Page 1  JUDGMENT - [3:10-cv-05746-KLS]